**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendant Officer D. Jappe

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TACCARA BROOKS, individually, and as (Proposed) Special Administratrix of the Estate of Anthony Garrett,<br><br>                       Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER D. JAPPE, individually and in his official capacity; OFFICER J. BERTUCCINI, individually and in his official capacity; SGT. ANDREW PENNUCCI, individually and in his official capacity; OFFICER ERNEST MORGAN, individually and in his official capacity; LT. T. MELTON, individually and in his official capacity; DETECTIVE CEASER SEDANO, individually and in his official capacity; OFFICER JASON ROSE, individually and in his official capacity; LT. JOSHUA MARTINEZ, individually and in his official capacity; OFFICER MICHAEL SANTOYO, individually and in his official capacity; DOE OFFICERS I through X; and ROES XI through XX, inclusive,<br><br>                       Defendants. | Case Number:  2:19-cv-00573-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED, by and between Defendant Officer D. Jappe, by and through his attorneys of record, the law firm of Marquis Aurbach Coffing; and Plaintiffs Taccara Brooks, individually, and as (Proposed) Special Administratrix of the Estate of Anthony Garrett, by and through their attorney of record, with the law firm of E. Brent Bryson, Ltd.; (collectively "the Parties"), that the parties agree as follows:

MAC:14687-195 3945357_1

1. All of Plaintiffs Taccara Brooks, individually, and as (Proposed) Special Administratrix of the Estate of Anthony Garrett claims against Defendant Officer D. Jappe are dismissed with prejudice; and

2. Each party will bear its own attorney fees and costs.

Dated this 14th day of January, 2020.         Dated this 14th day of January, 2020.

MARQUIS AURBACH COFFING                E. BRENT BRYSON, LTD.

By: /s/ Jackie V. Nichols                             By:   /s/ E. Brent Bryson
    Craig R. Anderson, Esq.                              E. Brent Bryson, Esq.
    Nevada Bar No. 6882                                  Nevada Bar No. 4933
    Jackie V. Nichols, Esq.                              7730 W. Sahara Ave., Suite 109
    Nevada Bar No. 14246                                 Las Vegas, Nevada 89117
    10001 Park Run Drive                                 Attorney for Plaintiffs
    Attorneys for Defendant Officer D. Jappe

**ORDER**

IT IS SO ORDERED that Plaintiffs' claims against Defendant D. Jappe are dismissed with prejudice with each party to bear their own costs and fees.

Dated January 21, 2020.

                                                      /s/ James C. Mahan
                                         UNITED STATES DISTRICT COURT JUDGE

MAC:14687-195 3945357_1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 14th day of January, 2020.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

> E. Brent Bryson, Esq.
> E. Brent Bryson, Ltd.
> ebbesqltd@yahoo.com
> Attorney for Plaintiffs

☐   I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

/s/ Krista Busch
An employee of Marquis Aurbach Coffing

MAC:14687-195 3945357_1

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816